## 11431. RAWLEIGH COMPANY v. COLLINS et al.

BROYLES, C. J. Under the facts of the case, as disclosed by the record, the court did not err in directing a verdict in favor of the defendants, or in overruling the plaintiff's motion for a new trial.

    *Judgment affirmed. Bloodworth, J., concurs. Luke, J., dissents.*

LUKE, J., dissenting. I think there was evidence sufficient to let the case go to the jury.

DECIDED JULY 14, 1920.

Complaint; from city court of Cairo—Judge Rigsby. December 31, 1919.

*M. L. Ledford, John R. Wilson, Handley C. Harrison,* for plaintiff.

*Bell & Weathers, R. A. Bell,* for defendants.